441 A.2d 794

Pusateri v. Pusateri, Appellant.

Argued April 16, 1980. Robert A. Banks, for appellant; John J. Ross, submitted a brief on behalf of appellee.

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

Orders of the lower court affirmed.

LIPEZ, J. filed a memorandum dissenting statement.